## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LAUREN E. MARSTELLER,** *and all others similarly situated*  **Plaintiff,**  v.  **BUTTERFIELD 8 STAMFORD LLC, BUTTERFIELD 8 WP LLC, PUBLIC HOUSE INVESTMENTS LLC, LOLAS STAMFORD LLC, JOHN GAZZOLA, RALPH BATTISTA, JR., DOUGLAS NEWHOOK, and RYAN SLAVIN,**  **Defendants.** | **CASE NO. 3:14-CV-1371 (AWT)** |

## **JUDGMENT**

This action came before the Court for a trial by jury before the Honorable Alvin W. Thompson, United States District Judge.

The issues having been duly tried and the jury having returned its verdict on February 23, 2018 in favor of the defendants Butterfield 8 Stamford LLC, Public House Investments, LLC, Lolas Stamford LLC, John Gazzola, Douglas Newhook, and Ryan Slavin. Previously, on September 27, 2017, the Court having issued a ruling granting in part and denying in part the defendants' motion for summary judgment, dismissed all claims against defendants Butterfield 8 WP LLC and Ralph Battista, Jr. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of the defendants Butterfield 8 Stamford LLC, Public House Investments, LLC, Lolas Stamford LLC, John Gazzola, Douglas Newhook, and Ryan Slavin, and the case is closed.

Dated at Hartford, Connecticut, this 22nd day of March, 2018.

                                    ROBIN D. TABORA, Clerk

                                    By  /s/ Linda S. Ferguson
                                    Linda S. Ferguson
                                    Deputy Clerk

EOD:  3/22/18